**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-7090**

_____

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

JAMES ERNEST GANDY, JR.,

        Defendant - Appellant.

_____

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Catherine C. Eagles, Chief District Judge.  (1:20-cr-00040-CCE-1)

_____

Submitted:  June 13, 2024                      Decided:  June 17, 2024

_____

Before RUSHING and HEYTENS, Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

James Ernest Gandy, Jr., Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Ernest Gandy, Jr., seeks to appeal the district court's order denying his motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A).  Our review of the record confirms that Gandy completed his imprisonment term and is no longer in custody.  Accordingly, we dismiss this appeal as moot.  *See United States v. Shorter*, 27 F.4th 572, 575 (7th Cir. 2022) (holding that "[defendant's] release from prison render[ed] moot his pursuit of compassionate release").  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*